UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff<br><br>v.<br><br>MICHAEL RICHMOND,<br>　　　　　　　Defendant | ) Crim No: 00-10125-JLT<br>) Civil No: Unknown<br>)<br>)<br>)<br>)<br>)<br>) |

MOTION FOR STATUS

NOW COMES the defendant, MICHAEL RICHMOND (Richmond), Pro Se, and asks this honorable court for a status on his §2255 motion and Request for Emergency Release on Bond. In support of this motin, Richmond states:

1) that on 9/24/04, the § 2255 Writ of Emergency Motion for Release on Bond were sent by certified mail to this court.

2) Richmond has heard nothing on his § 2255 or request for release.

3) Richmond has served his sentence and is now serving undeserved time since Blakely and Fanfan are applicable cases.

WHEREFORE, Richmond asks this court for an update on the status of his two motions.

　　　　　　　　　　　　　　　　　　　　　_Michael Richmond_
　　　　　　　　　　　　　　　　　　　　　MICHAEL RICHMOND

Oxford Prison Camp
P.O. Box 1085
Oxford, WI  53952

CERTIFICATE OF SERVICE

I caused to be served on the parties listed in the Service List below a copy of the attached Motion for Status by placing a copy of same, postage pre-paid, in a mailbox located at Oxford Prison Camp on September 14, 2004 at 10:00 PM.

*Michael Richmond*
MICHAEL RICHMOND

Service List:

U.S. Attorneys Office
U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210