UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | Case NO: 00-10125-JLT |
| v. | |
| MICHAEL RICHMOND, Defendant-Movant | |

MOTION FOR LEAVE TO SUPPLEMENT

28 U.S.C.A. §2255 MOTION

NOW COMES the Defendant-Movant, MICHAEL RICHMOND ("Richmond"), Pro Se, in the above entitled matter, and respectfully urges this honorable court to grant him leave to supplement his habeas corpus Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. §2255 ("Habeas Corpus Motion") as additional evidence and case law in support of the arguments contained herein becomes available.  In support of this request, Richmond respectfully refers this court to the arguments and authorities set forth in his original motion under §2255 together witha reply brief to the Government's response, and further states:

1. It is respectfully submitted that leave to supplement his Habeas Corpus Motion and Memorandum of Law in support of his §2255 motion is required for Richmond to adequately and fully assert all the grounds upon which his Habeas Corpus Motion should be granted.  See 28 U.S.C.A. § 2242 (stating that habeas corpus application "may be amended or supplemented as

1

provided by the rules of procedure applicable to "civil actions"); Fed.R.Civ.P. 15(d) (permitting a party to supplement a pleading with transactions, occurrences or events that occurred after the date of the original pleading);

2. Therefore, Richmond respectfully urges this honorable court to grant him leave to supplement his habeas corpus motion, instanter.

Oxford Prison Camp
P.O. Box 1085
Oxford, WI  53952

                                      MICHAEL RICHMOND

## CERTIFICATE OF SERVICE

I caused to be served on the parties listed in the Service List below a copy of the attached Motion for Leave to Supplement (28 USC § 2255) by placing a copy of same, postage pre-paid, in a mailbox located at FPC Oxford, WI, on December ____ 2004 at 10:00 PM.

                                      MICHAEL RICHMOND

SERVICE LIST:

U.S. Attorney
U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210