UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Michael D. Richmond
  Plaintiff

V.

United States of America
  Defendant

CIVIL ACTION

NO.  04-cv-12071 JLT

## JUDGMENT

Tauro,   D. J.

In accordance with the Court's Endorsement dated April 1, 2005  adopting the Magistrate Judge's Report and Recommendation of February 7, 2005 denying  #1  Motion to Vacate, Set Aside, or Correct Sentence in the above-entitled  action, it is hereby ORDERED:

  Judgment for the   RESPONDENT           .

           By the Court,

May 4, 2005           /s/ Kimberly M. Abaid
 Date             Deputy Clerk

(R&R Judgment.wpd - 12/98)